

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00085-CV

COMPTROLLER OF PUBLIC ACCOUNTS, STATE OF TEXAS, Appellant

V.

SMITHVILLE INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-17-004070

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

All Texas courts are responsible for encouraging the peaceable resolution of disputes and the early settlement of pending litigation through voluntary settlement procedures. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 154.002–.003 (West 2011) (public policy favors alternative dispute resolution). We have been notified by counsel for both parties to this appeal that they desire to continue settlement negotiations and would be assisted in that process by a thirty-day suspension of the briefing schedule. In accordance with the parties' request and with our obligation under Section 154.003, we refer this case and the parties to alternative dispute resolution. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.003.

The current appellate timetables are hereby suspended for thirty days from the date of this order, until December 20, 2018. The parties shall report to this Court on the progress, if any, of settlement negotiations on or before December 20, 2018.

IT IS SO ORDERED.

BY THE COURT

Date: November 20, 2018